IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STACIA TABLER,
o/b/o C.T.

      Plaintiff,

vs.                                Civil Action 2:08-CV-0373
                                    Judge Graham
                                    Magistrate Judge King

**MICHAEL J. ASTRUE,** Commissioner
of Social Security,

      Defendant.

## ORDER

On July 14, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED** and this action is hereby **DISMISSED.**

**It is so ORDERED.**

                                              s/ James L. Graham
                                              JAMES L. GRAHAM
                                              United States District Judge

**DATE**: August 12, 2009